June 06, 2008

Mr. H. Dixon Montague
Vinson & Elkins, LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Ms. Danica Lynn Milios
Office Of The Attorney General
P. O. Box 12548 (MC 059)
Austin, TX 78711-2548

RE: Case Number: 05-0661
 Court of Appeals Number: 14-03-00392-CV
 Trial Court Number: 712,808

Style: FKM PARTNERSHIP, LTD., A TEXAS LIMITED PARTNERSHIP
 v.
 BOARD OF REGENTS OF THE UNIVERSITY OF HOUSTON SYSTEM

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Ed Wells |
| |Ms. Beverly |
| |Kaufman |
| |Mr. Ken Wright |